USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/14/2024__

# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

**MEMO ENDORSED**

Writer's email: liane@fishertaubenfeld.com
Writer's direct dial: (212) 384-0262

May 14, 2024

**VIA ECF**
The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

> Pltf.'s request, consented to by Defs., is GRANTED. Pltf. is directed to respond to Defs.' premotion letter on or before May 24, 2024. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 32.
> Dated: May 14, 2024
>         White Plains, NY
>
> SO ORDERED:
> /s/ Hon. Nelson S. Román
> UNITED STATES DISTRICT JUDGE

Re: **Barra v. Edward Jones SBL, LLC, et al.**
    Civil Action No.: 7:23-CV-05844-NSR

Dear Judge Román:

This firm represents Plaintiff in the above-captioned matter. We write with the consent of Defendants to request a 10-day extension, from May 14 until May 24, to respond to Defendants' letter of May 8, 2024. I was out of the office and not receiving email from May 8 until May 10, and was only able to review the letter when I returned to the office on May 13. This is the first request for an extension of this deadline.

We thank Your Honor for your attention in this matter.

Respectfully submitted,

*/s/ Liane Fisher, Esq.*

cc: Jason M. Knott, Zuckerman Spaeder
    M Moore, Esq, Zuckerman Spaeder

1