USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/07/2024__

**FISHER | TAUBENFELD** LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: liane@fishertaubenfeld.com
Writer's direct dial: (212) 384-0262

August 7, 2024

**VIA ECF**
The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

> **Pltf.'s request, consented to by Defs., is GRANTED. Pltf. is to serve, not file, her opposition on August 26, 2024. Defs. are to serve their reply, and the parties are to file their papers, on September 9, 2024. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 36.**
> **Dated: August 7, 2024**
> **White Plains, NY**
>
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   **Barra v. Edward Jones SBL, LLC, et al.**
      Civil Action No.: 7:23-CV-05844-NSR

Dear Judge Román:

This firm represents Plaintiff in the above-captioned matter. We write with the consent of Defendants to request a 14-day extension to oppose Defendants' motion to dismiss from August 12th to August 26th, with a corresponding extension for Defendants' Reply from August 26th to September 9th. The reason for this request is that I was out of the country on vacation from July 22nd to August 5th and returned to a very full schedule which includes several depositions and a settlement conference prior to the current deadline. This is the first request for an extension of this deadline.

We thank Your Honor for your attention in this matter.

Respectfully submitted,

*/s/ Liane Fisher, Esq.*

cc:   Jason M. Knott, Zuckerman Spaeder
      M Moore, Esq, Zuckerman Spaeder

MEMO ENDORSED

1